**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| FORMATION TEXTILES LLC, | : | Civil Action No. 2:20-cv-01811-ES-CLW |
| Plaintiff, | : | |
| v. | : | JURY TRIAL DEMANDED |
| ERNST & YOUNG LLP, EY RESTRUCTURING LLP, BANK OF BARODA, BANK OF INDIA, STATE BANK OF INDIA, and GB GLOBAL LIMITED, formerly known as MANDHANA INDUSTRIES LIMITED | : | |
| Defendants. | | |

**<u>AMENDED COMPLAINT</u>**

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted].

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Dated: July 1, 2020

Respectfully submitted,

FORMATION TEXTILES LLC

By its counsel,

*/s/ Patrick Papalia*

Patrick Papalia (ID 015831993)
Christian A. Stueben (ID 018122011)
ARCHER & GREINER, P.C.
21 Main Street, Suite 353
Hackensack, NJ 07601
Tel: (201) 342-6000
Fax: (201) 342-6611
ppapalia@archerlaw.com
cstueben@archerlaw.com

Kevin B. Huff (*pro hac vice* forthcoming)
Brendan J. Crimmins (*pro hac vice* forthcoming)
Alex A. Parkinson (*pro hac vice* forthcoming)
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
khuff@kellogghansen.com
bcrimmins@kellogghansen.com
aparkinson@kellogghansen.com

*Counsel for Plaintiff*
*Formation Textiles LLC*