**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FORMATION TEXTILES LLC,<br><br>Plaintiff,<br><br>v.<br><br>ERNST & YOUNG LLP, EY RESTRUCTURING LLP, BANK OF BARODA, BANK OF INDIA, STATE BANK OF INDIA, and GB GLOBAL LIMITED, formerly known as MANDHANA INDUSTRIES LIMITED<br><br>Defendants. | Civil Action No. 2:20-cv-01811-ES-CLW<br><br>**ORDER** |

**THIS MATTER** having been brought before the Court by Archer & Greiner, P.C. and Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., attorneys for Plaintiff Formation Textiles LLC, on notice to Defendants, seeking to file the Amended Complaint under seal, and the Court having reviewed and considered the moving and any opposing and reply papers which were filed, and for other good cause shown;

**IT IS** on this 13th day of July, 2020,

**ORDERED** that Plaintiff's Motion to File the Amended Complaint Under Seal is **GRANTED**; and it is further

**ORDERED** that the Amended Complaint in this action is to remain under seal; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties of record within seven (7) days of this Order.

*//s Cathy L. Waldor*

HON. CATHY L. WALDOR, U.S.M.J.