HOGAN LOVELLS US LLP
Stephen A. Loney, Jr. (NJ No. 005172006)
stephen.loney@hoganlovells.com
Jessica K. Jacobs (NJ No. 038002011)
jessica.jacobs@hoganlovells.com
Jason M. Russell (NJ No. 294212019)
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Tel: (267) 675-4600
Fax: (267) 675-4601

*Attorneys for Defendants Bank of Baroda, Bank of India, and State Bank of India*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FORMATION TEXTILES LLC,<br><br>Plaintiff,<br>v.<br><br>ERNST & YOUNG LLP, EY RESTRUCTURING LLP, BANK OF BARODA, BANK OF INDIA, STATE BANK OF INDIA, and GB GLOBAL LIMITED, formerly known as MANDHANA INDUSTRIES LIMITED,<br><br>Defendants. | Case No. 2:20-cv-01811-ES-CLW<br><br>*Document Electronically Filed*<br><br>Motion Day: December 21, 2020<br>Oral Argument Requested |

**NOTICE OF MOTION AND MOTION OF**
**DEFENDANTS BANK OF BARODA, BANK OF INDIA, AND**
**STATE BANK OF INDIA TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that on December 21, 2020, or as soon thereafter as counsel may be heard by the Court, Defendants Bank of Baroda, Bank of India, and State Bank of India (the "Bank Defendants") will and hereby do move before the Honorable Esther Salas at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room 4015, Newark, NJ 07101, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3), and the principles of forum non conveniens and international comity, granting dismissal of all causes of action against the Bank Defendants in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, the Bank Defendants shall rely on the accompanying brief, along with the Certification of Prahlad Kumar Sinha and annexed exhibits, all of which are incorporated by reference herein.

PLEASE TAKE FURTHER NOTICE that the Bank Defendants request that the Court enter the proposed Order attached hereto.

Date: November 19, 2020

Respectfully submitted,

s/ Stephen A. Loney, Jr.

HOGAN LOVELLS US LLP
Stephen A. Loney, Jr. (NJ. No. 005172006)
stephen.loney@hoganlovells.com
Jessica K. Jacobs (NJ No. 038002011)
jessica.jacobs@hoganlovells.com
Jason M. Russell (NJ No. 294212019)
jason.russell@hoganlovells.com
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Tel: (267) 675-4600
Fax: (267) 675-4601

*Attorneys for Defendants Bank of Baroda, Bank of India, and State Bank of India*

**CERTIFICATE OF SERVICE**

I, Stephen A. Loney, Jr., hereby certify that on November 19, 2020, I caused a true and correct copy of the foregoing Notice of Motion and Motion of Defendants Bank of Baroda, Bank of India, and State Bank of India to Dismiss the Amended Complaint to be served, together with all materials in support thereof, on all counsel of record via the Court's electronic filing system.

*s/ Stephen A. Loney, Jr.*
Stephen A. Loney, Jr.