

**Patrick Papalia**
*Member of New Jersey, New York
and Washington DC Bar
Certified by the Supreme Court
of New Jersey as a Civil Trial Attorney*
ppapalia@archerlaw.com
201-498-8504 Direct

Archer & Greiner, P.C.
Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
201-342-6000 Main
201-342-6611 Fax
www.archerlaw.com

December 4, 2020

**VIA ECF**

William T. Walsh, Clerk of Court
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101

      Re:    **Formation Textiles LLC v. Ernst & Young LLP, et al.
                Civil Action No. 2:20-cv-01811-ES-CLW**

Dear Mr. Walsh:

      This office, together with co-counsel at Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., represents Plaintiff in connection with the above matter.  We write, pursuant to L.Civ.R.7.1(d)(5), to obtain the automatic extension to oppose Defendants Bank of Baroda, Bank of India, and State Bank of India's Motion to Dismiss the Amended Complaint, presently returnable on December 21, 2020.

      This originally noticed motion date has not previously been extended or adjourned.  The new return date will be January 4, 2021.

                                                  Respectfully submitted,

                                                  *Patrick Papalia*

                                                  PATRICK PAPALIA

cc:    all counsel of record (via ECF)

Haddonfield, NJ | Hackensack, NJ | Princeton, NJ | Philadelphia, PA | Harrisburg, PA | Red Bank, NJ | New York, NY | Wilmington, DE

219789382v1