**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FORMATION TEXTILES LLC,<br><br>Plaintiff,<br><br>v.<br><br>ERNST & YOUNG LLP, EY RESTRUCTURING LLP, BANK OF BARODA, BANK OF INDIA, STATE BANK OF INDIA, and GB GLOBAL LIMITED, formerly known as MANDHANA INDUSTRIES LIMITED<br><br>Defendants. | Civil Action No. 2:20-cv-01811-ES-CLW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Formation Textiles LLC voluntarily dismisses its claims asserted in the Amended Complaint, without prejudice, against all named defendants in this action.

FORMATION TEXTILES LLC

By its counsel,

*/s/ Patrick Papalia*
Patrick Papalia (ID 015831993)
Christian A. Stueben (ID 018122011)
ARCHER & GREINER, P.C.
21 Main Street, Suite 353
Hackensack, NJ 07601
Tel: (201) 342-6000
Fax: (201) 342-6611
ppapalia@archerlaw.com
cstueben@archerlaw.com

**SO ORDERED.**

*/s/Esther Salas*
**Hon. Esther Salas, U.S.D.J.**
**Date:** December 12, 2020

Kevin B. Huff (admitted *pro hac vice*)
Brendan J. Crimmins (admitted *pro hac vice*)
Alex A. Parkinson (admitted *pro hac vice* forthcoming)
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
khuff@kellogghansen.com
bcrimmins@kellogghansen.com
aparkinson@kellogghansen.com

*Counsel for Plaintiff*
*Formation Textiles LLC*